[No. 33652-5-I.   Division One.   June 5, 1995.]

*In re the Marriage of* JOAN NYKREIM, *Respondent*,
*and* THEODORE PALMER NYKRIEM, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 89-3-02883-4, John F. Wilson, J.,

entered September 17, 1993. *Affirmed* by unpublished opinion per Forrest, J. Pro Tem., concurred in by Coleman and Becker, JJ.